UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ANDERSON & ANDERSON LLP
GUANGZHOU; GUANDONG HUATU LAW
FIRM, & BEIJING KAIMING LAW OFFICES,

                      Plaintiffs,

-against-

NORTH AMERICAN-FOREIGN TRADING
CORP.,

                      Defendant.

-----------------------------------------------------------X



19 **CIVIL** 3369 (RA)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 18, 2020, NAFT's motion to dismiss the First Amended Complaint is granted and Plaintiffs' motion for an extension of time is denied; accordingly, the case is closed.

**Dated:** New York, New York
         March 18, 2020

                                          **RUBY J. KRAJICK**

                                          Clerk of Court

                    BY:

                                          **Deputy Clerk**